UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| **JACKIE TEHENSKY,**<br><br>    Plaintiff,<br><br>v.<br><br>**GC SERVICES LP,**<br><br>    Defendant. | Honorable Marianne O. Battani<br><br>Case No.  2:06-cv-10634<br><br>**PARTIES' JOINT STIPULATION FOR ORDER OF DISMISSAL** |
| Brian P. Parker (P48617)<br>LAW OFFICES OF BRIAN P. PARKER, PC<br>**Attorney for Plaintiff**<br>30700 Telegraph Road, Suite 1580<br>Bingham Farms  MI  48025<br>(248) 642-6268<br>lemonlaw@ameritech.net | Michael J. Hodge (P25146)<br>Scott R. Eldridge (P66452)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>email: hodge@millercanfield.com |

**PARTIES' JOINT STIPULATION FOR ORDER OF DISMISSAL**

   NOW COME Jackie Tehensky, Plaintiff herein, and GC Services Limited Partnership, Defendant herein, by and through their undersigned counsel, and pursuant to a written agreement reached between them, stipulate as follows:

   (1)  Jackie Tehensky hereby dismisses, with prejudice, all claims pending or which could have been brought in this action against GC Services Limited Partnership.

   (2)  Each party named in this stipulation shall be responsible for her/its own costs.

   (3)  A proposed order is attached for the Court's convenience.


                    Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: s/ Michael J. Hodge

    Michael J. Hodge (P25146)
    Attorneys for Defendant
    One Michigan Avenue, Suite 900
    Lansing, MI  48933
    (517) 487-2070
    email: hodge@millercanfield.com

DATED:  July 24, 2006

LAW OFFICES OF BRIAN P. PARKER, P.C.

By: s/ Brian P. Parker  (w/ permission)
    Brian P. Parker (P48617)
    Attorney for Plaintiff
    30700 Telegraph Road, Suite 1580
    Bingham Farms, MI  48025
    (248) 642-6268
    lemonlaw@ameritech.net

DATED:  July 24, 2006

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| **JACKIE TEHENSKY,**<br><br>    Plaintiff,<br><br>v.<br><br>**GC SERVICES LP,**<br><br>    Defendant. | Honorable Marianne O. Battani<br><br>Case No.  2:06-cv-10634<br><br>**ORDER OF DISMISSAL** |
|---|---|
| Brian P. Parker (P48617)<br>LAW OFFICES OF BRIAN P. PARKER, PC<br>**Attorney for Plaintiff**<br>30700 Telegraph Road, Suite 1580<br>Bingham Farms  MI  48025<br>(248) 642-6268<br>lemonlaw@ameritech.net | Michael J. Hodge (P25146)<br>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>**Attorneys for Defendant GC Services LP**<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>email: hodge@millercanfield.com |

**ORDER OF DISMISSAL**

　　Pursuant to the parties' stipulation:

　　(1)  All claims pending or which could have been brought in this action against GC Services Limited Partnership by Jackie Tehensky are hereby dismissed with prejudice.

　　(2)  Each party named herein shall be responsible for her/its own costs.

**IT IS SO ORDERED.**

August 2, 2006                                            s/Marianne O. Battani
Date                                                           Hon. Marianne O. Battani
                                                                 United States District Court Judge

LALIB:143058.1\031578-00028
08/02/06

-4-

-4-